UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE EUGENE PATTERSON,<br>Plaintiff,<br>v.<br>ELAINE TOOTELL, et al.,<br>Defendants. | Case No. 18-cv-07566-PJH<br><br>**ORDER GRANTING EXTENSION**<br>Re: Dkt. No. 9 |

Plaintiff has requested that the court appoint counsel. There is no constitutional right to counsel in a civil case, *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981), and although district courts may "request" that counsel represent a litigant who is proceeding in forma pauperis, as plaintiff is here, see 28 U.S.C. § 1915(e)(1), that does not give the courts the power to make "coercive appointments of counsel." *Mallard v. United States Dist. Court*, 490 U.S. 296, 310 (1989).

The Ninth Circuit has held that a district court may ask counsel to represent an indigent litigant only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). Plaintiff has presented his claims adequately, and the issues are not complex. The request to appoint counsel **DENIED**.

GOOD CAUSE APPEARING, it is hereby ordered that plaintiff's request for an extension (Docket No. 9) is **GRANTED**.

Plaintiff may have until **May 4, 2019**, to file an amended complaint.

**IT IS SO ORDERED.**

Dated: April 4, 2019

PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE EUGENE PATTERSON,<br>Plaintiff,<br>v.<br>ELAINE TOOTELL, et al.,<br>Defendants. | Case No. 18-cv-07566-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence Eugene Patterson ID: D-82670
San Quentin State Prison 1 North Block 3 low
San Quentin, CA 94974

Dated: April 4, 2019

Susan Y. Soong
Clerk, United States District Court

*Kelly Collins*
By:_____
Kelly Collins, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON